```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

  LAUREN JOY FLEISHMAN,

                       Plaintiff,            MEMORANDUM & ORDER
                                             19-CV-5595(EK)(LB)
            -against-

  WORLD BRIDE MAGAZINE, LLC,

                       Defendant.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Bloom's comprehensive Report and Recommendation (R&R) dated October 27, 2020.  ECF No. 14.  Judge Bloom recommends that the Court grant in part and deny in part Plaintiff's motion for default judgment against defendant World Bride Magazine, LLC.  ECF No. 9.  No objections have been filed, and the time to do so has passed.  Accordingly, the Court reviews the R&R for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord Gesualdi v. Mack Excavation & Trailer Serv., Inc.*, No. 09-CV-2502, 2010 WL 985294, at *1 (E.D.N.Y. Mar. 15, 2010).  Having reviewed the record, the Court finds no clear error.

Accordingly, the Court adopts the R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1).  Therefore, Plaintiff's motion for default judgment as to Defendant's liability is

1

granted; however, Plaintiff's request for damages, fees and costs is denied.

    SO ORDERED.

                                       /s/ Eric Komitee_____
                                       ERIC KOMITEE
                                       United States District Judge

Dated:    December 30, 2020
            Brooklyn, New York